# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN J. BANK, ) | |
| ) | |
| Plaintiff(s), ) | Case No. 2:15-cv-01213-APG-NJK |
| ) | |
| vs. ) | ORDER REGARDING |
| ) | EX PARTE COMMUNICATIONS |
| LAS VEGAS JUSTICE COURT, et al., ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

On June 26, 2015, the Court received a telephone call from Plaintiff regarding the facts of his case. As the Court's staff indicated on the telephone, parties and counsel are prohibited from contacting Court personnel to discuss matters pending in their case. *See, e.g.*, Local Rule 7-6(a). As such, all parties and counsel shall refrain from calling chambers. If Plaintiff feels like he is a victim of a crime, he should take appropriate action, rather than calling the Court. The Court further reminds the parties and counsel that they must abide by the local rules and court orders, and that failure to do so may result in severe sanctions, including dismissal of a party's claims. *See, e.g.*, Local Rule IA 4-1.

IT IS SO ORDERED.

DATED: June 26, 2015.

_____
NANCY J. KOPPE
United States Magistrate Judge