**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEVEN J. BANK, | ) |
| Plaintiff(s), | ) Case No. 2:15-cv-01213-APG-NJK |
| vs. | ) ORDER REGARDING |
| LAS VEGAS JUSTICE COURT, et al., | ) EX PARTE COMMUNICATIONS |
| Defendant(s). | ) |

On June 26, 2015, the Court instructed *pro se* Plaintiff that parties and counsel are prohibited from improperly contacting Court personnel to discuss matters pending in their case. *See, e.g.*, Docket No. 2; Local Rule 7-6(a). The Court also warned Plaintiff that the failure to abide by the local rules and court orders may result in severe sanctions. Despite the Court's order to refrain from contacting chambers *ex parte*, Plaintiff called chambers on July 22, 2015, and left a message regarding the facts of his case. Plaintiff also indicated that he would have other individuals call chambers *ex parte* on his behalf. Plaintiff shall not attempt to contact the Court by telephone or by any other *ex parte* means. As such, Plaintiff shall refrain from having others contact chambers *ex parte* on his behalf. Failure to abide by this Order so may result in severe sanctions, including dismissal of a party's claims. *See, e.g.*, Local Rule IA 4-1.

IT IS SO ORDERED.

DATED: July 23, 2015.

_____
NANCY J. KOPPE
United States Magistrate Judge