UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEVEN JAVIER BANK,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LAS VEGAS JUSTICE COURT and CONRAD HAFEN,<br><br>　　　　　Defendants. | Case No. 2:15-Cv-01213-APG-NJK<br><br>**ORDER DISMISSING CASE**<br><br>(Dkt. #5) |

　　　　On August 10, 2015, Magistrate Judge Koppe entered a report and recommendation in which she recommended that I dismiss the complaint without prejudice because the plaintiff failed to file a complete application to proceed in forma pauperis or pay the filing fee as directed. (Dkt. #5.) Bank did not file an objection. Nevertheless, I conducted a de novo review of the issues set forth in the Report & Recommendation. 28 U.S.C. § 636(b)(1). Judge Koppe's report and recommendation sets forth the proper legal analysis and factual basis for the decision.

　　　　IT IS THEREFORE ORDERED that Judge Koppe's report and recommendation (Dkt. #5) is accepted and the complaint is DISMISSED without prejudice.

　　　　DATED this 28th day of August, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE